**Order entered May 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00375-CV

## IN RE JEREMIAH PARKS, Relator

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00112-B**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Before the Court is relator's petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by May 29, 2019.**

/s/     DAVID L. BRIDGES
         JUSTICE